# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D22-2720
LT Case No. 2020-DR-3451

———————————————

ANDREW LAWRENCE HALLINAN,

Appellant,

v.

ELIZABETH EILEEN HALLINAN
n/k/a ELIZABETH EILEEN AYTON,

Appellee.

———————————————

On appeal from the Circuit Court for Marion County.
Ann Melinda Craggs, Judge.

Andrew Lawrence Hallinan, Ocala, pro se.

Leigh Anne Vancol, and Keersten Martinez, of The Heskin
Martinez Law Group, Orlando, for Appellee.

April 2, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., SOUD, and MACIVER, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————